UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY BROWN,                                      ) | |
|         Plaintiff(s),                             ) | |
| vs.                                                           ) | Case No. 4:11CV1527 JCH |
| CRST MALONE, INC.,                            ) | |
|         Defendant/Third-Party Plaintiff,   ) | |
| vs.                                                           ) | |
| AMS STAFF LEASING, N.A. LTD.,     ) | |
|         Third-Party Defendant.                ) | |

## **ORDER**

This matter is before the Court on Third-Party Defendant AMS Staff Leasing, N.A. Ltd.'s Request to Modify Order to Shorten Time to Allow for an Additional Two Days to Respond to Defendant CRST Malone, Inc.'s Motion to Convert. ("Request to Modify," ECF No. 35). The Court will grant the Request to Modify.

Accordingly,

**IT IS HEREBY ORDERED** that Third-Party Defendant AMS Staff Leasing, N.A. Ltd.'s Request to Modify Order to Shorten Time to Allow for an Additional Two Days to Respond to Defendant CRST Malone, Inc.'s Motion to Convert (ECF No. 35) is **GRANTED**, and Third-Party Defendant AMS Staff Leasing, N.A. Ltd., is granted until **Wednesday, May 2, 2012**, to respond to the Motion to Convert (ECF No. 27).

- 2 -

**IT IS FURTHER ORDERED** that Defendant/Third-Party Plaintiff CRST Malone, Inc. is granted until **Monday, May 7, 2012**, to reply to Third-Party Defendant AMS Staff Leasing, N.A. Ltd.'s response to the Motion to Convert.


Dated this   27th   day of April, 2012.


                                                    /s/Jean C. Hamilton
                                                    UNITED STATES DISTRICT JUDGE